IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JASON O'SHEA YOUNG,

      Appellant,

 v.

                                  Case No.  5D22-2241
                                  LT Case No. 2016-CF-255-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 27, 2022

3.850 Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Jason O'Shea Young, Mayo, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, WALLIS and EDWARDS, JJ., concur.